```
 1  ELISE STASSART, PRO SE
 2  21951 BEAR CREEK WAY
 3  LOS GATOS, CA 95033
 4
 5  IN THE UNITED STATES DISTRICT COURT
 6  FOR THE NORTHERN DISTRICT OF CA
 7
 8  ISAIAH JOSEPH WINTERS                    ) Case No.:
 9  [A MINOR CHILD], BY                      )
10  PHILIPPE & ELISE STASSART, LEGAL GUARDIANS)  C08 01511
11  ET AL,                                   )
                                             ) TO BE ALLOWED ACCESS TO EFILING
12  21951 BEAR CREEK WAY
                                             )
13  LOS GATOS, CA 95033
                                             )
14  PLANTIFFS
                                             )
15  Vs.
                                             )
16  LAKESIDE JOINT SCHOOL DISTRICT
                                             )
17  19621 BLACK ROAD
                                             )
18  LOS GATOS, CA 95033
19  DEFENDANT
20  _____
```

FILED
2008 MAR 19 A 10: 20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

ADR

PVT

21  Plaintiff Elise Stassart has filed a complaint in this Court.

22  Plaintiff owns three workstations and four laptops.

23  Plaintiff owns two scanners.

24  Plaintiff has wireless broadband internet access from a legitimate internet service
25  provider.

26  Plaintiff has four different email accounts

27  Plaintiff has access to and installed on all computers, both workstations and laptops,
28  Adobe Reader and Adobe Professional (which allows the creation of PDF documents).

1  Plaintiff has Microsoft Office installed on all computers, both workstations and
2  laptops, which includes Microsoft Word, a word-processing software.
3
4  Therefore, having fulfilled or exceeded the Court's technical requirements, Plaintiff
5  respectfully requests approval for an electronic filing account for the purpose of
6  filing documents related to this case.

Dated this March 19, 2008

*/s/ Elise Stassart*
ELISE STASSART