# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

WINTERS, STASSART, ETAL

ADR

v.

LAKESIDE JOINT SCHOOL DISTRICT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# C08 01511

**PVT**

TO: (Name and address of defendant)

DR. BOB CHRISMAN, SUPERINTEDANT
LAKESIDE JOINT SCHOOL DISTRICT
19621 BLACK ROAD
LOS GATOS, CA 95033

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ELISE STASSART
21951 BEAR CREEK WAY
LOS GATOS, CA 95033

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR 1 9 2008

Tiffany Salinas-Harwell

_____
(BY) DEPUTY CLERK