FILED

2008 APR -1  P 4: 00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WINTERS, STASSART, ET AL,
PRO SE

    Plaintiff(s),

    v.

LAKESIDE JOINT SCHOOL DISTRICT

    Defendant(s).

No. C 08 01511

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 3/30/08

Signature: _Elise Stassart_

Counsel for   PLAINTIFF, PRO SE
(Plaintiff, Defendant or indicate "pro se")