# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED

2008 APR -1 P 4:09

RICHARD W. WIEKING
NO. DIST. OF CA. S.J.

WINTERS, STASSART, ET AL

ADR

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

LAKESIDE JOINT SCHOOL DISTRICT

**C08 01511 PVT**

TO: (Name and address of defendant)

DR. BOB CHRISMAN, SUPERINTEDANT
LAKESIDE JOINT SCHOOL DISTRICT
19621 BLACK ROAD
LOS GATOS, CA 95033

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ELISE STASSART
21951 BEAR CREEK WAY
LOS GATOS, CA 95033

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

MAR 1 9 2008
DATE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| ELISE STASSART, PRO SE<br>21951 BEAR CREEK WAY<br>LOS GATOS CA 95033 | 408.655.4710<br><br>Ref. No. or File No. | |

ATTORNEY FOR

Insert name of court and name of judicial district and branch if any.

SHORT TITLE OF CASE:
WINTERS;STASSART V LAKESIDE JOINT SCH

| INVOICE NO.<br>063909 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>C08 01511 |

## PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE COPIES OF THE:

   SUMMONS & COMPLAINT
   ORDER SETTTING INITIAL CASE MANGEMENT CONFERENCE AND ADR DEADLINES
   STANDING ORDER FOR CIVIL PRACTICE CASE ASSIGNED FOR ALL PURPOSES TO
   MAGISTRATE JUDGE PATRICIA V. TRUMBULL
   ADR DISPUTE RESOLUTION PROCEDURES
   ADDITIONAL RULES OF THE COURT

2. a. PARTY SERVED: LAKESIDE JOINT SCHOOL DISTRICT
                    c/o Dr. Bob Chrisman, Superintentedant

   b. PERSON SERVED: LAKESIDE JOINT SCHOOL DISTRICT
                    c/o Dr. Bob Chrisman, Superintentedant

   c. ADDRESS: 19621 BLACK ROAD
               LOS GATOS CA 95033

3. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES ON 03/26/08 AT 2:35PM

5. PERSON SERVING: SUSAN JEANNE PARKER          FEE FOR SERVICE:$    .00

LEGAL PURSUIT, INC.
99 NORTH FIRST STREET
SAN JOSE, CA 95113
408-288-4105 FAX 408-885-9577

d. Registered California process server
(1) [ ] Employee or [ X ] Independent Contractor
(2) Registration No. 1134
(3) County: SANTA CLARA
(4) Expiration: 2009

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 03/28/08                    SIGNATURE: Susan Jeanne Parker

CONFORMS WITH JUDICIAL COUNCIL FORM # 982