Mark S. Williams, SBN 127357
mwilliams@fagenfriedman.com
Gretchen M. Shipley, SBN 208768
gshipley@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

**FILED**

2008 APR 24 A 9 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J

Attorneys for
Defendant Lakeside Joint School District

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

ISAIAH JOSEPH WINTERS (A MINOR CHILD), BY PHILIPPE & ELISE STASSART, LEGAL GUARDIANS, ET AL.,

Plaintiffs,

vs.

LAKESIDE JOINT SCHOOL DISTRICT,

Defendant.

CASE NO. C08 01511 (PVT)

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**

[F.R.C.P. Rules 12(b)(1), 12(b)(6)]

Date:             June 3, 2008, 2008
Time:             10:00 a.m.
Courtroom:        5, 4th Floor
Magistrate Judge: Patricia V. Trumbull

*Filed concurrently with*

1.    Memorandum of Points & Authorities
2.    Declaration of Mark Williams
3.    [Proposed] Order

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on _____ at 10:00 a.m. in Courtroom 5,

before Magistrate Judge Patricia V. Trumbull, of the above-entitled Court, located at

280 South 1st Street, San Jose, CA 95113, Defendant Lakeside Joint School District

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

1  will move this Court for an Order granting Defendant's Motion to Dismiss Plaintiffs'

2  Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim.

3      This Motion is made upon the grounds that that the Court lacks subject matter

4  jurisdiction due to Plaintiffs lack of capacity to bring the instant action. Plaintiffs

5  lack capacity because they have not been appointed as guardian *ad litem* and

6  Student is not represented by counsel. The Court further lacks jurisdiction because

7  Plaintiffs failed to exhaust their administrative remedies under the Uniform

8  Complaint Procedure. Finally, Plaintiffs' Complaint fails to state a claim for which

9  relief can be granted because they do not allege any violation of a civil right.

10 Specifically, they do not allege that Student has been deprived of an education.

11 Mere inconvenience in location of the education is not a Constitutionally protected

12 right.

13     This Motion will be based upon this Notice of Motion and Motion; the

14 attached Memorandum of Points and Authorities; Declaration of Mark Williams; the

15 pleadings and records relating to this action; and such other and further written and

16 oral evidence as may be presented in connection with the hearing on this Motion.

17

18 DATED: April 23, 2008                Respectfully submitted,

19

                                        FAGEN FRIEDMAN & FULFROST, LLP
20

21
                                        By: _____
22                                          Mark S. Williams
                                            Attorneys for
23                                          Defendant Lakeside Joint School District

24 00305.00103/70181.1

25

26

27

28

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211