RECEIVED
2008 APR 24  AM 9: 59
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

Mark S. Williams, SBN 127357
mwilliams@fagenfriedman.com
Gretchen M. Shipley, SBN 208768
gshipley@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for
Defendant Lakeside Joint School District

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ISAIAH JOSEPH WINTERS (A MINOR CHILD), BY PHILIPPE & ELISE STASSART, LEGAL GUARDIANS, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAKESIDE JOINT SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. C08 01511 (PVT)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>[F.R.C.P. Rules 12(b)(1), 12(b)(6)]<br><br>Date: June 3, 2008<br>Time: 10:00 a.m.<br>Courtroom: 5, 4th Floor<br>Magistrate Judge: Patricia V. Trumbull<br><br>*Filed concurrently with*<br><br>1. Notice of Motion and Motion to Dismiss<br>2. Memorandum of Points and Authorities in Support of Motion to Dismiss<br>3. Declaration of Mark S. Williams |

Defendant Lakeside Joint School District's Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim came on regularly for hearing before this Court on June 3, 2008, the Magistrate Judge Patricia V. Trumbull, presiding. Counsel appeared for the District and for Plaintiffs.

      Having considered the motion and opposition papers filed by the parties, together with oral argument, the Court has determined that the Court lacks subject matter jurisdiction over this action due to Plaintiffs lack of capacity and failure to exhaust their administrative remedies under the Uniform Complaint Procedure and fails to state a claim for violation of civil rights.

      IT IS ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(1) that that Complaint is hereby dismissed.

Dated:

_____
The Honorable Patricia V. Trumbull
Magistrate Judge for the Northern District of California

00305.00103/70181.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211