1 Mark S. Williams, SBN 127357
mwilliams@fagenfriedman.com
2 Gretchen M. Shipley, SBN 208768
gshipley@fagenfriedman.com
3 FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
4 Oakland, California 94607
Phone: 510-550-8200
5 Fax: 510-550-8211

6 Attorneys for Lakeside Joint School District, Defendant

FILED

2008 APR 24 P 2: 50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ISAIAH JOSEPH WINTERS (A MINOR CHILD), BY PHILIPPE & ELISE STASSART, LEGAL GUARDIANS, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> LAKESIDE JOINT SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. C08-01511 (PVT) <br><br> **PROOF OF SERVICE** <br><br> [F.R.C.P. Rules 12(b)(1), 12(b)(6)] <br><br> Date: June 3, 2008 <br> Time: 10:00 a.m. <br> Courtroom: 5, 4th Floor <br> Magistrate Judge: Patricia V. Trumbull |

DATED: April 24, 2008

Respectfully submitted,

FAGEN FRIEDMAN & FULFROST, LLP

By: _____
Mark S. Williams
Attorneys for Lakeside Joint School District, Defendant

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Alameda, State of California. My business address is 70 Washington Street, Suite 205, Oakland, California 94607.

On April 24, 2008, I served the following document(s) described as:

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**

**DECLARATION OF MARK S. WILLIAMS IN SUPPORT OF MOTION TO DISMISS**

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**

on the interested parties in this action as follows:

Elise Stassart
21951 Bear Creek Way
Los Gatos, CA 95033

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Fagen Friedman & Fulfrost's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 24, 2008, at Oakland, California.

Kathaleene A. Jenkins

00305.00103/73164.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211