UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| I.W.S., A MINOR CHILD, BY PHILLIPE AND ELISE STASSART, LEGAL GUARDIANS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LAKESIDE JOINT SCHOOL DISTRICT,<br><br>　　　　　Defendants. | Case No.: C 08-01511 PVT<br><br>**ORDER SEALING EXHIBITS R-V ACCOMPANYING PLAINTIFFS' MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION** |

　　　IT IS HEREBY ORDERED that Exhibits R, S, T, U and V of plaintiffs' motion for preliminary and permanent injunction, which were filed with the court on April 28, 2008, shall be filed under seal.[1]  *See* Civ L.R. 3-17 (protecting personal privacy and other legitimate interests).

　　　IT IS SO ORDERED.

Dated:  *April 28, 2008*

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Patricia V. Trumbull
　　　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present application.

ORDER, *page 1*

**Copies of the order have been sent on April 28, 2008 to the following:**

Phillipe and Elise Stassart
21951 Bear Creek Way
Los Gatos, CA 95033

_____EHP_____
Chambers of U.S. Magistrate Judge
Patricia V. Trumbull

ORDER, *page 2*