| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| I.W.S., A MINOR CHILD, BY PHILLIPE AND ELISE STASSART, LEGAL GUARDIANS, et al., | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: C 08-01511 PVT<br><br>**ORDER SEALING EXHIBITS R-V ACCOMPANYING PLAINTIFFS' MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION** |
| Plaintiffs, | | |
| v. | | |
| LAKESIDE JOINT SCHOOL DISTRICT, | | |
| Defendants. | | |

IT IS HEREBY ORDERED that Exhibits R, S, T, U and V of plaintiffs' motion for preliminary and permanent injunction, which were filed with the court on April 28, 2008, shall be filed under seal.[1]  *See* Civ L.R. 3-17 (protecting personal privacy and other legitimate interests).

IT IS SO ORDERED.

Dated: *April 28, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present application.

ORDER, *page 1*

1
2   **Copies of the order have been sent on April 28, 2008 to the following:**

3   Phillipe and Elise Stassart
    21951 Bear Creek Way
4   Los Gatos, CA 95033

5
6                              _____EHP_____
                          Chambers of U.S. Magistrate Judge
7                              Patricia V. Trumbull

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28