UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISAIAH W. S., A MINOR CHILD, BY PHILLIPE and ELISE STASSART AS LEGAL GUARDIANS, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>LAKESIDE JOINT SCHOOL DISTRICT,<br><br>        Defendant. | Case No.: C 08-01511 PVT<br><br>**ORDER SETTING DEADLINE FOR DEFENDANT TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

    On April 24, 2008, defendant Lakeside Joint School District filed a motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6). This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

    IT IS HEREBY ORDERED that no later than May 9, 2008, defendant shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."

Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: *April 28, 2008*

                                                  *Patricia V. Trumbull*

                                                  PATRICIA V. TRUMBULL
                                                  United States Magistrate Judge

1  
2  Copies of order sent on April 28, 2008 to the following:

3  Phillipe and Elise Stassart
   21951 Bear Creek Way
4  Los Gatos, CA 95033

5  
6                                    _____EHP_____
                                   Chambers of U.S. Magistrate Judge
                                         Patricia V. Trumbull

7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28