```
 1  ELISE STASSART, PRO SE
 2  21951 BEAR CREEK WAY
 3  LOS GATOS, CA 95033
 4
 5  IN THE UNITED STATES DISTRICT COURT
 6  FOR THE NORTHERN DISTRICT OF CALIFORNIA
 7
 8  ISAIAH [A MINOR CHILD], BY            ) Case No.: C08 01511 (PVT)
 9  PHILIPPE & ELISE STASSART, LEGAL GUARDIANS)
10  ET AL                                 )
                                          ) PROOF OF SERVICE BY MAIL
11  21951 BEAR CREEK WAY
                                          ) [FRCP RULES 12(b)(1), 12(b)(6)]
12  LOS GATOS, CA 95033
                                          ) Date: June 3, 2008
13  PLANTIFFS
                                          ) Time: 10:00 am
14  Vs.
                                          ) Place: 5, 4th Floor
15  LAKESIDE JOINT SCHOOL DISTRICT
                                          ) Magistrate Judge: Patricia V. Trumbell
16  19621 BLACK ROAD
                                          )
17  LOS GATOS, CA 95033
                                          )
18  DEFENDANT
19  _____
20  DATED: April 29, 2008
21
22                                             Respectfully sumitted,
23
24                                             [signature]
25                                             Elise Stassart, Pro Se
26                                                              Plaintiff
27
28
```

FILED
2008 APR 30 P 3: 13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PROOF OF SERVICE BY MAIL - 1

## PROOF OF SERVICE BY MAIL

I, MARTIN VASQUEZ, certify that the following is true and correct:

I am employed in the City of Mountain View and County of Santa Clara, California. I am over the age of eighteen years, and am not a party to this action. My business address is 510 Logue Ave, Mountain View, CA 94034. On April 29, 2008, I enclosed the listed documents in a sealed envelope addressed to the person at the address listed in the service list and placed the envelope for collection and mailing, following ordinary business practices.

**MEMORANDUM OF OPPOSITION TO MOTION AND MOTION FOR SUMMARY JUDGMENT**
**MEMORANDUM OF POINTS AND AUTHORITIES**

On the interested parties in this action as follows:

Mark Williams
FAGEN, FRIEDMAN, & FULFROST, LLP
70 WASHINGTON STREET SUITE 205
OAKLAND, CA 94607

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelopes were collected for the United States Postal Service following ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 29, 2008 at Mountain View, CA.

*/s/ Martin Vasquez*