1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ISAIAH W. S., A MINOR CHILD, BY PHILLIPE and ELISE STASSART AS LEGAL GUARDIANS, et al., | ) ) ) ) | Case No.: C 08-01511 PVT |
| | | **ORDER FOR REASSIGNMENT TO U.S. DISTRICT JUDGE** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| LAKESIDE JOINT SCHOOL DISTRICT, | ) ) | |
| Defendant. | ) | |

11

12

13

14

15

16

On April 24, 2008, defendant Lakeside Joint School District filed a motion to dismiss

17

pursuant to Rules 12(b)(1) and 12(b)(6).  On April 28, 2008, the court ordered the parties to file their

18

consent or declination to proceed before a magistrate judge no later than May 9, 2008.  Plaintiffs

19

timely filed their consent.  Defendant has filed neither its consent nor its declination to proceed

20

before a magistrate judge.

21

Accordingly, the above-captioned case shall be reassigned to a U.S. District Judge.

22

Defendant Lakeside Joint School District's pending motion to dismiss is taken off calendar and shall

23

be re-noticed before the newly assigned U.S. District Judge.

24

Dated:    *May 20, 2008*

25

26

PATRICIA V. TRUMBULL
United States Magistrate Judge

27

28

ORDER, *page 1*

1   Copies of order sent on May 20, 2008 to the following:

2

3   Phillipe and Elise Stassart
    21951 Bear Creek Way
    Los Gatos, CA 95033

4

5                                          _____EHP_____
                                           Chambers of U.S. Magistrate Judge
6                                                 Patricia V. Trumbull

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*