UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISAIAH W. S., A MINOR CHILD, BY PHILLIPE and ELISE STASSART AS LEGAL GUARDIANS, et al., <br><br> Plaintiffs, <br> v. <br><br> LAKESIDE JOINT SCHOOL DISTRICT, <br><br> Defendant. | Case No.: C 08-01511 PVT <br><br> **ORDER FOR REASSIGNMENT TO U.S. DISTRICT JUDGE** |

On April 24, 2008, defendant Lakeside Joint School District filed a motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6). On April 28, 2008, the court ordered the parties to file their consent or declination to proceed before a magistrate judge no later than May 9, 2008. Plaintiffs timely filed their consent. Defendant has filed neither its consent nor its declination to proceed before a magistrate judge.

Accordingly, the above-captioned case shall be reassigned to a U.S. District Judge. Defendant Lakeside Joint School District's pending motion to dismiss is taken off calendar and shall be re-noticed before the newly assigned U.S. District Judge.

Dated:   *May 20, 2008*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1 | Copies of order sent on May 20, 2008 to the following:

2

Phillipe and Elise Stassart
3 | 21951 Bear Creek Way
Los Gatos, CA 95033

4

5 |           _____EHP_____
Chambers of U.S. Magistrate Judge
6 |           Patricia V. Trumbull

ORDER, *page 2*