**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
—————————
www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                        408.535.5364


**May 20, 2008**

**CASE NUMBER:  CV 08-01511 PVT**
**CASE TITLE:  WINTERS, ET AL.-v-LAKESIDE JOINT SCHOOL DISTRICT**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 05/20/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                        Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                  Entered in Computer 05/20/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                         Transferor CSA

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA


WINTERS, ET AL. et al,

               Plaintiff,

   v.

LAKESIDE JOINT SCHOOL DISTRICT et al,

               Defendant.

_____/

Case Number: CV08-01511 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Elise Stassart
21951 Bear Creek Way
Los Gatos, CA 95033

Phillippe Stassart
21951 Bear Creek Way
Los Gatos, CA 95033

Dated: May 21, 2008

                         Richard W. Wieking, Clerk
                         By: Tiffany Salinas-Harwell, Deputy Clerk