| | |
|---|---|
| 1  ELISE STASSART, PRO SE | **FILED** |
| 2  21951 BEAR CREEK WAY | 2008 MAY 22  P 3: 27 |
| 3  LOS GATOS, CA 95033 | |
| 4 | RICHARD W. WIEKING |
| 5  IN THE UNITED STATES DISTRICT COURT | CLERK |
| 6  FOR THE NORTHERN DISTRICT OF CALIFORNIA | U.S. DISTRICT COURT |
| | NO. DIST. OF CA, S.J. |

7

8  ISAIAH [A MINOR CHILD], BY             ) Case No.: C08 01511 (PVT)

9  PHILIPPE & ELISE STASSART, LEGAL GUARDIANS)

10 ET AL                                  ) **PROOF OF SERVICE BY MAIL**

11 21951 BEAR CREEK WAY                   ) [FRCP RULES 12(b)(1), 12(b)(6)]

12 LOS GATOS, CA 95033                    ) Date: June 3, 2008

13 PLANTIFFS                              ) Time: 10:00 am

14 Vs.                                    ) Place: 5, 4th Floor

15 LAKESIDE JOINT SCHOOL DISTRICT         ) Magistrate Judge: Patricia V. Trumbell

16 19621 BLACK ROAD                       )

17 LOS GATOS, CA 95033                    )

18 DEFENDANT

19 ─────────────────────────────────

20 DATED: May 20, 2008

21                                                          Respectfully submitted,

22

23

24                                                          *Elise Stassart*

                                                            Elise Stassart, Pro Se

25                                                          Plaintiff

26

27

28

PROOF OF SERVICE BY MAIL - 1

## PROOF OF SERVICE BY MAIL

I, MARTIN VASQUEZ, certify that the following is true and correct:

I am employed in the City of Mountain View and County of Santa Clara, California. I am over the age of eighteen years, and am not a party to this action. My business address is 510 Logue Ave, Mountain View, CA 94034. On May 20, 2008, I enclosed the listed documents in a sealed envelope addressed to the person at the address listed in the service list and placed the envelope for collection and mailing, following ordinary business practices.

MOTION TO RE-ASSIGN CASE TO DISTRICT JUDGE AND SHORTEN TIME
PLANTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
EXHIBITS AA TO AY

On the interested parties in this action as follows:

Mark Williams
FAGEN, FRIEDMAN, & FULFROST, LLP
70 WASHINGTON STREET SUITE 205
OAKLAND, CA 94607

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelopes were collected for the United States Postal Service following ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 20, 2008 at Mountain View, CA.

_[signature]_

II. SCHOOL DISTRICT SELECTED BY DEFENDANT SCHOOL DISTRICT FAILED TO PROVIDE PROPER EDUCATIONAL ENVIRONMENT

Williams, et.al., vs. State of California, et al. established that some California school districts failed to provide public school students with equal access to instructional materials, safe and decent school facilities, and qualified teachers. Interestingly enough, the Campbell Union School District, the outlying school district where Lakeside Joint School District has opted to transport their students, is one of the school districts named in that lawsuit. Plaintiffs ask the Court to note that not only does their district of residence refuse to fund the education for their students in order to allow them to attend a neighborhood school, but has opted to send their students to a school district that has been named in a past lawsuit for providing a sub-standard educational environment.

This school year, minor child informed parents that one of his classrooms had a leaky roof which was reported to the school administration. The administration at Rolling Hills Middle School advised their child's teacher that there was no budget to repair the roof. The students were required to remain in the classroom with the leaky roof, but moved furniture and supplies so no rain water fell directly on the students. Plaintiff's child has complained about the classroom being moldy. To Plaintiff's knowledge, this still has not been addressed.

It is unreasonable to expect a school district that has difficulty repairing leaky roofs to be able to provide the necessary support that Isaiah needs in order to have a successful education. Plaintiffs are asking the court to allow their child to be enrolled in a school closer to their home that, as a

PLAINTIFF'S ADDENDUM TO MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 5

II. SCHOOL DISTRICT SELECTED BY DEFENDANT SCHOOL DISTRICT FAILED TO PROVIDE PROPER EDUCATIONAL ENVIRONMENT

Williams, et.al., vs. State of California, et al. established that some California school districts failed to provide public school students with equal access to instructional materials, safe and decent school facilities, and qualified teachers.  Interestingly enough, the Campbell Union School District, the outlying school district where Lakeside Joint School District has opted to transport their students, is one of the school districts named in that lawsuit.  Plaintiffs ask the Court to note that not only does their district of residence refuse to fund the education for their students in order to allow them to attend a neighborhood school, but has opted to send their students to a school district that has been named in a past lawsuit for providing a sub-standard educational environment.

This school year, minor child informed parents that one of his classrooms had a leaky roof which was reported to the school administration.  The administration at Rolling Hills Middle School advised their child's teacher that there was no budget to repair the roof.  The students were required to remain in the classroom with the leaky roof, but moved furniture and supplies so no rain water fell directly on the students.  Plaintiff's child has complained about the classroom being moldy.  To Plaintiff's knowledge, this still has not been addressed.

It is unreasonable to expect a school district that has difficulty repairing leaky roofs to be able to provide the necessary support that Isaiah needs in order to have a successful education.  Plaintiffs are asking the court to allow their child to be enrolled in a school closer to their home that, as a

PLAINTIFF'S ADDENDUM TO MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - 5