UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISAIAH WINTERS,<br>　　　　　　Plaintiff,<br>V.<br>LAKESIDE JOINT SCHOOL DISTRICT,<br>　　　　　　Defendant. | Case Number CV-08-1511-JF<br>Case Management Conference<br>July 11, 2008<br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on July 11, 2008 at 10:30 a.m.

before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the

5th floor of the U.S. District Court, 280 S. First St., San Jose, California.


May 28, 2008                              For the Court
                                          Richard W. Wieking, Clerk


                                          By:___/s/_____
                                          Diana Munz
                                          Courtroom Deputy Clerk