1  ELISE STASSART, PRO SE
   21951 BEAR CREEK WAY
2  LOS GATOS, CA 95033

3  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CA
4

5  ISAIAH W. S., A MINOR CHILD, BY ) Case No.: C08 01511 (JF)
6  PHILIPPE & ELISE STASSART, ) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
7  LEGAL GUARDIANS )
   ) Date: August 15, 2008
8  ET AL ) Time: 9:00 am
9  21951 BEAR CREEK WAY ) Place: 3, 5th Floor
10 LOS GATOS, CA 95033 ) District Judge Jeremy Fogel
11 PLANTIFFS
12 Vs.
13 LAKESIDE JOINT SCHOOL DISTRICT
14 19621 BLACK ROAD
15 LOS GATOS, CA 95033
   DEFENDANT

FILED
2008 MAY 29  A 11: 47
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## MOTION FOR SUMMARY JUDGMENT

Plaintiffs Philippe and Elise Stassart, along with minor child, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 9 c (1) of the Local Rules of Civil Procedure move that the Court enter summary judgment for plaintiffs on the grounds that there is no genuine issue as to any material fact and that the plaintiffs are entitled to judgment as a matter of law.

The grounds of this motion are more fully set forth in Plaintiff's Memorandum Of Points and Authorities, Addendum to Memorandum in Opposition to Defendant's Motion to Dismiss and Plaintiff's Reply to Defendant's Reply to Opposition to Motion to Dismiss.

Plaintiffs further move that if summary judgment is not rendered in their favor for all of the relief prayed for, that the Court grant plaintiffs partial summary judgment and ascertain what material facts are actually and in good faith controverted, and thereupon make an order specifying the facts that appear without substantial controversy and directing such further proceedings in the action as are just.

PLAINTIFF

By *[signature]*

ELISE STASSART, PRO SE

21951 BEAR CREEK WAY

LOS GATOS, CA 95033

Dated this 5/29/2008

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 2