| | |
|---|---|
| 1 | ELISE STASSART, PRO SE |
| 2 | 21951 BEAR CREEK WAY |
| 3 | LOS GATOS, CA 95033 |

FILED

2008 JUN -3 P 3 22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 8 | ISAIAH W. S. [A MINOR CHILD], BY | ) | Case No.: C08 01511 (JF) |
| 9 | PHILIPPE & ELISE STASSART, LEGAL GUARDIANS | ) | |
| 10 | ET AL | ) | **PROOF OF SERVICE BY MAIL** |
| 11 | 21951 BEAR CREEK WAY | ) | [FRCP RULES 12(b)(1), 12(b)(6)] |
| 12 | LOS GATOS, CA 95033 | ) | Date: August 15, 2008 |
| 13 | PLANTIFFS | ) | Time: 9:00 am |
| 14 | Vs. | ) | Place: 3, 5th Floor |
| 15 | LAKESIDE JOINT SCHOOL DISTRICT | ) | District Judge: Jeremy Fogel |
| 16 | 19621 BLACK ROAD | ) | |
| 17 | LOS GATOS, CA 95033 | ) | |
| 18 | DEFENDANT | | |

DATED:  May 30, 2008

Respectfully submitted,

*[signature]*

Elise Stassart, Pro Se

Plaintiff

PROOF OF SERVICE BY MAIL - 1

## PROOF OF SERVICE BY MAIL

I, MARTIN VASQUEZ, certify that the following is true and correct:

I am employed in the City of Mountain View and County of Santa Clara, California. I am over the age of eighteen years, and am not a party to this action. My business address is 510 Logue Ave, Mountain View, CA 94034. On May 30, 2008, I enclosed the listed documents in a sealed envelope addressed to the person at the address listed in the service list and placed the envelope for collection and mailing, following ordinary business practices.

PLAINTIFF'S REPLY TO DEFENDANT'S REPLY TO OPPOSITION TO MOTION TO DISMISS
EXHIBITS BA AND BB
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On the interested parties in this action as follows:

Mark Williams
FAGEN, FRIEDMAN, & FULFROST, LLP
70 WASHINGTON STREET SUITE 205
OAKLAND, CA 94607

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelopes were collected for the United States Postal Service following ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 30, 2008 at Mountain View, CA.

*/s/ Martin Vasquez*

PROOF OF SERVICE BY MAIL - 2