1  ELISE STASSART, PRO SE
2  21951 BEAR CREEK WAY
3  LOS GATOS, CA 95033
4
5  IN THE UNITED STATES DISTRICT COURT
6  FOR THE NORTHERN DISTRICT OF CA
7
8  ISAIAH JOSEPH WINTERS            ) Case No.:
9  [A MINOR CHILD], BY              )  C08 01511 PVT
10 PHILIPPE & ELISE STASSART, LEGAL GUARDIANS) MOTION
11 ET AL,                           ) TO BE ALLOWED ACCESS TO EFILING
12 21951 BEAR CREEK WAY             )
13 LOS GATOS, CA 95033              )
14 PLANTIFFS                        )
15 Vs.                              )
16 LAKESIDE JOINT SCHOOL DISTRICT   )
17 19621 BLACK ROAD                 )
18 LOS GATOS, CA 95033
19 DEFENDANT
20 ─────────────────────────────
21 Plaintiff Elise Stassart has filed a complaint in this Court.
22 Plaintiff owns three workstations and four laptops.
23 Plaintiff owns two scanners.
24 Plaintiff has wireless broadband internet access from a legitimate internet service
25 provider.
26 Plaintiff has four different email accounts
27 Plaintiff has access to and installed on all computers, both workstations and laptops,
28 Adobe Reader and Adobe Professional (which allows the creation of PDF documents).

[Summary of pleading] - 1

FILED
JUN 02 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

1  Plaintiff has Microsoft Office installed on all computers, both workstations and
2  laptops, which includes Microsoft Word, a word-processing software.
3
4  Therefore, having fulfilled or exceeded the Court's technical requirements, Plaintiff
5  respectfully requests approval for an electronic filing account for the purpose of
6  filing documents related to this case.

Dated this March 19, 2008

_____
ELISE STASSART

DATED: 6/2/08

IT IS SO ORDERED

U.S. DISTRICT JUDGE

[Summary of pleading] - 2