```
ELISE STASSART, PRO SE
21951 BEAR CREEK WAY
LOS GATOS, CA 95033

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CA


ISAIAH W. S. , A MINOR CHILD, BY        )  Case No.: C08 01511 (JF)
                                        )
PHILIPPE & ELISE STASSART,              )  PLAINTIFF'S OBJECTION TO RETALIATION
                                        )
LEGAL GUARDIANS                         )  Date:  July 11, 2008
                                        )
ET AL                                   )  Time:  9:00 am
                                        )
21951 BEAR CREEK WAY                    )  Place: 3, 5th Floor
                                        )
LOS GATOS, CA 95033                     )  District Judge Jeremy Fogel

PLANTIFFS

Vs.

LAKESIDE JOINT SCHOOL DISTRICT

19621 BLACK ROAD

LOS GATOS, CA 95033

DEFENDANT
```

## *OBJECTION TO RETALIATION*

Plaintiffs Philippe and Elise Stassart, along with minor child, pursuant to 28 CFR Sec.36.206, respectfully submit to the Court this OBJECTION TO RETALIATION.

On June 4, 2008, the Lakeside Joint School District distributed a newsletter (EXHIBIT CA, PAGE 3) to the general Lakeside district community both electronically by email; in hard copy or paper format; and posted on the district website. This newsletter was delivered in either electronic or paper form to every resident with a child enrolled at Lakeside Elementary School and/or Rolling Hills Middle School.

PLAINTIFF'S OBJECTION TO RETALIATION - 1

The June 4, 2008 newsletter contained an article written by Bob Chrisman, the Superintendant of Lakeside Joint School District, which contained inflammatory and false information regarding Plaintiffs and their actions.

This article was clearly retaliatory in nature and published for the purpose of inciting public opinion against the Plaintiffs. Mr. Chrisman and members of the school board have made similar inflammatory and misleading statements at public hearings and in earlier newsletters.

The article clearly misrepresents the nature of this lawsuit as well as the reason behind Plaintiff's petition for territory transfer, both of which are based on Defendant School District's policy which denies residents a FAPE. The article ignores the fact that more than 100 signatures were gathered in support of the territory transfer.

Plaintiffs note that the publication of the newsletter was paid for by taxpayer dollars, including monies from the Plaintiff. Inclusion of such an article constitutes an enormous abuse of authority.

While the Plaintiffs were not identified by name, Lakeside Joint School District is a small district and the area where Plaintiffs live is referenced in the article to make it easier for readers to make an identification.

Plaintiffs have filed a formal complaint with California Department of Education's Office of Administrative Hearing regarding this violation of 28 CFR Sec.36.206 and expect to follow standard administrative review protocols. Plaintiffs are not amending their complaint at this time to include this retaliatory action, but reserve the right to do so if Defendant School District continues such unlawful behavior.

Plaintiffs herewith petition for whatever relief this Court can offer to protect them from any future retaliatory actions by the Defendants.

*PLAINTIFF*

*By*_____

ELISE STASSART, PRO SE

21951 BEAR CREEK WAY

LOS GATOS, CA 95033

Dated this      June 9, 2008

PLAINTIFF'S OBJECTION TO RETALIATION - 3



A CALIFORNIA DISTINGUISHED SCHOOL

# EXHIBIT CA

## LAKESIDE LETTER

Lakeside Elementary School
19621 Black Road, Los Gatos, CA, 95033
408-354-2372
www.lakesidelosgatos.org
Wednesday, June 4, 2008

---

### A LOOK AHEAD

**Thu. Jun 5** – Last Student Store!
**Fri. Jun 6** – CRAZY HAIR/ CRAZY HAT DAY
**Fri. Jun 6** – 10:30 am - Staff/5th Grade Softball
**Mon. Jun 9** - 7:30 am - PTA Meeting
**Mon. Jun 9** – 6:30 pm - Foundation meeting
**Wed. Jun 11** – 10:30 - 5th Grade Promotion
**Thu. Jun 12** – 1st to Oak Meadow
**Thu. Jun 12** – 3rd/4th to Seabright
**Fri. Jun 13** – 9 am - RHMS 8th grade Graduation
**Fri. Jun 13** – Last day of School
**Wed. Jun 18** – 5 pm-End of School "Jungle Celebration"

## *Happy Birthday to:*



**JUNE BIRTHDAYS:** *Vlad Bayard, Lucia DeMeo, Hannah Engel, Callie Glenn, Conrad Nelson, Nikolas Radchenko, Erika Rohloff, Antoine Savelli, Mitchell Schwager.*

**JULY BIRTHDAYS:** *Kristin Allen, Robert Ewing, Sharon Hendry, Nancy Heymann, Iris Jimenez, Kathy Olavarri, Sierra Petrokas, Ryan Proctor, Zane Schmidlen.*

**AUGUST BIRTHDAYS:** *Susan Ady, Ezana Anley, Anthony Campbell, Bob Chrisman, Brennan Cox, Alisa Dimick, Bailey Dixon, Annabelle Dunn, Samuel Hauck, Christopher Hillegas, Colton Johnsgard, Kody Johsens, Max Julian, Jonathan Kay, Alina Korfike, Wendy O'Meara, Apollo Rowe, Marcia Williams.*

### LIBRARY BOOKS DUE!

**ALL LIBRARY BOOKS DUE BY JUNE 10TH.**
If lost or damaged, please replace. Report cards will be withheld if library books are not returned by the above date.
Thank you.

*Judy Shile*

### FROM OUR SUPERINTENDENT

### Youth Citizen of the Year

Giulianne Pate has been selected as a Los Gatos Youth Citizen of the Year. This award honors members of the community who have made significant contributions to school and community, and who are considered role models for other young people. According to the award letter Giulianne received, the selection committee was "very impressed" with her accomplishments.

Among other things, Giulianne is Student Council President, active in softball and Girls on the Run, and she is the top fundraiser for the annual Walk-A-Thon raising over $1730 this year. So what is it like to be so busy with so many activities?

According to Giulianne, it can be a little "confusing" but she says it is "really fun doing all these after school activities."

As Youth Citizen of the Year, Giulianne will be recognized at the annual tree lighting ceremony the evening of December 5, 2008, and she will be in the leadoff car to start the LG Youth Holiday Parade on December 6.

Giulianne's advice for others who want to do well is "try your best, help others, and do what you like to do."

## School Site Council

Three generous Lakeside parents have completed their two-year term as members of the School Site Council. A debt of gratitude is owed to Barbara Kay, Mike Tippets, and Shane Korfike.

Parent Anne Plane has one more year to serve as do teachers Marcia Williams and Heather Wingfield. As a part of our Back-to-School Night event next school year, parents will elect three of their own to fill out the Council. Teachers will elect one member.

School Site Council is an advisory group that assists the principal in making budget recommendations to the Board on the expenditure of federal and state categorical funding. Categorical funding is money that comes to the school for specific, restricted uses such as Gifted and Talented Education, English Language Learners, and Title I (targeting children with poor academic skills). Lakeside receives about $55,000 each year in categorical funding and it is spent almost exclusively on instructional aides.

If you want to have a part in helping to improve programs at Lakeside and participate in making recommendations about spending categorical money you want to be a part of School Site Council. Please let Mr. Chrisman know of your interest and your name will be on the ballot for Back-to-School Night.

## Paper and Pencil Survey (5th graders and parents)

Today your student is bringing home the annual School Site Council parent survey. The envelope includes written instructions. I would like the completed surveys returned to school by Friday, June 6. Thank you for your support of this important project.

## GATE Screening

Each year Lakeside 2nd grade students are assessed for designation as eligible for participation in the Gifted and Talented Education program. Eligibility is determined by STAR test scores and other assessments. This year the other assessment is the Raven Standard Progressive Matrices. This is a non-verbal perceptual reasoning test. If a student is determined to be eligible according to District criteria, parents are asked to give written permission for their child to be designated as GATE.

The GATE program authorized by the California Department of Education is called "differentiated instruction." This is actually our approach to teaching for all children. Students who are in the GATE program complete an additional agreement during "goal setting" conferences to help focus on deeper and broader learning objectives.

Questions about our GATE program can be directed to the principal or any classroom teacher.

---

**MINDS ARE LIKE PARACHUTES: THEY ONLY FUNCTION WHEN OPEN.**
                                    **Anonymous**

**School Supply lists**
Parent donations to the classroom are a landmark tradition at Lakeside School. All classrooms have needs and donations are gratefully accepted.

As you consider planning for next year please accept the following suggestions for classroom donations:

Paper towel rolls
Regular pump soap (not anti-bacterial and gluten free)
Kleenex
Handi-wipes

**Territory Transfer and Federal Court Suit News**
The District is under assault by one individual who wants their middle school student to attend Fisher Middle School. They apparently have no regard for the damage done to Lakeside in the process. Your show of support at the following would be welcome.

The Territory Transfer is a request to remove about 1/3 of the territory (and funding) of Lakeside and place it in the Los Gatos Joint Union School District. This is being requested essentially because the petitioner wants their child to attend The Zone, an after-school program at Fisher. The size of the transfer is because the petitioner lives at the very western edge of the Lakeside District and the transfer area must be adjacent to the current Los Gatos Joint Union School district boundaries. At their Regular Meeting, the County Committee on District Organization will rule on the transfer petition on July 21. The meeting begins at 3:30 p.m. in the SCCOE Board Room, 1290 Ridder Park Drive, San Jose, CA 95131.

The Federal Court Lawsuit is brought by the same person who is petitioning for the Territory Transfer. The stated reason for the lawsuit is to seek a summary judgment to have the student attend Fisher Middle School immediately – in case the Territory Transfer ends up in appeal. Our attorney has filed a Motion to Dismiss which will be heard on August 15, 9:00 a.m., Courtroom 3, 5th Floor, by Judge Fogel. The Federal Court Building is located at 280 South 1st Street, San Jose, CA 95113.

*Bob Chrisman*

---

A REPUTATION FOR GOOD JUDGEMENT, FOR FAIR DEALING, FOR TRUTH, AND FOR RECTITUDE, IS ITSELF A FORTUNE.
Henry Ward Beecher

---

## PTA News

**Spirit Day** - Thank you to the Spirit day volunteers! What a fun (and yummy!) day!

**Walk-A-Thon** - We are waiting on 10 more envelopes from students. Is yours one of them? Bring it on in! Even if your student's collections are not complete, turn in what you have! We will count what you have collected, mark your envelope, and return it to you to finish your collections. That way we can continue our Wright Brothers 'flight'.

We have collected $13,639.42 to date. Can we reach last years total of $16,001.00? That is our challenge.

**Graduates -** Congratulations to our 2008 students about to graduate!

**Hope Helps!** As the year comes to an end I wanted to share some of PTA's successes with you. One closest to my heart is the partnership Lakeside has established with Hope Services. Our children are at a most impressionable age where they learn from experience. PTA invited

Hope Services into our Lakeside Community to first give our students interaction with people who are different and second to lend a hand where we needed extra hot lunch servers.

From Hope Services:

```
Dear Lakeside Elementary School,

We have really enjoyed participating
in the Walk-a-Thon and helping with
the Friday lunches.  I understand
that the staff and clients got to see
some talented jump roping while they
were there.  They told me all about
it and how they enjoyed it – an extra
treat for them!

Both staff and clients really enjoy
being at the school and working with
Judy and the parents - I would say it
is probably the only job that they
really enjoy and look forward to
going to because of who they work
with and how comfortable everyone has
made them feel.

Of course, we had such fun
volunteering for the Walk-a –Thon.
Afterwards we sat and talked to some
of the children and it was really
interesting. I told them about Hope
Services and our clients and they
were quite knowledgeable some even
saying they had relatives or friends
with Down syndrome or knew someone
who had a disability. They were
great! All in all I'm so glad that we
volunteered!!!

It's been a wonderful partnership for
us - Thanks also to Judy and all the
other parents and helpers who we have
had the pleasure of meeting and
working side by side with.

I hope everyone enjoys their time
off, and hope you also have a great
summer.

Marg Cimafranca, Manager Hope
Services
```

**Our Volunteers** - This month the Historian for the 6th District California PTA requested of each unit to submit its total Volunteer hours for the year. This number is used in lobbying efforts at the State level to remind our legislators that parents "donate" huge amounts of <u>time</u> to our schools.  In fact, the number of volunteer hours is multiplied by an average "wage" of $10/hour so that the folks making financial decisions about education have a concrete understanding of just how important parental involvement is at our schools- It usually totals in the hundreds of millions of dollars!

Lakeside is fortunate to have two strong organizations that rely on volunteers, our Educational Foundation and our Lakeside PTA. They differ in that Foundation primary looks outside our Parent Community for support and PTA is just what it says, "Parent Teacher Association".  Both organizations are needed to uphold the level of excellent education we offer at Lakeside.

PTA volunteers produced- 5 Assemblies, 2 Family Nights, 1 Parade, 1 Winter Concert, 1 Talent Show, 1 Staff Appreciation Potluck Luncheon, 3 In-Service Staff Meals, 3 Back-to-School Events, 5 Fundraisers, 2 Book fairs, 1 Walk-a-Thon, 1 Spirit Day, 1 Yearbook, 3 Community Service Drives and 34 Friday Hot Lunch Meals… in the 2007-08 school year.

Yes…it takes Volunteers.  All of the above are a reality because of your support!

Lakeside PTA has strived to establish flexibility to allow parents to volunteer and bring their little ones along.  Our goal is to provide volunteer opportunities where parent and child can share in the experience. This coming year Mr. Chrisman and I are working to establish childcare for preschoolers during our monthly PTA meetings, however children are always welcome.  At this juncture where our Educational Foundation is recruiting new leadership and members, I

encourage you to volunteer. Make your availability known and your ideas for the future. Both organizations are vital to jointly fund our Enrichment Programs making a Lakeside education superior.

Three Cheers for our Lakeside Volunteers!

*Theresa Bond*, PTA President

| | |
|---|---|
| **THANK YOU ALL FOR MAKING OUR LAKESIDE STAFF FEEL VERY APPRECIATED LAST WEDNESDAY!** | FOR SALE IN THE OFFICE – Walk-a-Thon Memorabilia; DVD's are now $5.00 each Shirts are $5.00 (QTY: 2 MED (y), QTY: 2 LG (y)). |

**LAKESIDE YEARBOOK'S** will be available for purchase next week; cost is $20.00 each.

**PTA ACTIVITIES -**
6/9 - Yearbooks will be distributed to Teachers*
6/18 – End of Year "Jungle Celebration" (Flyer is attached)

**STUDENT SUMMER PROJECT –**
PTA will sponsor a "Sketch and Tell Journal" for each student. Return it at the start of school and receive a "Prize".

**CLUBHOUSE** - Don't forget to register early for Clubhouse next year. The Registration fee for 2008-09 school year will be $35 during the summer. On the first day of school and after the fee will go up to $45.

### Lakeside Landscapes Calendar 2009 –
If you missed the chance at the Auction…it's not too late to order your 2009 Lakeside Landscapes Calendar. We are taking orders until May 28th.

The calendar includes impressive black and white landscape photographs of the Lakeside campus taken by this year's 5th grade class. A sample is available to view in the school office. Cost per calendar is $20.00. The calendar makes a terrific gift for friends and family!

*Ann Marie Pate*

> **CHARACTER COUNTS!**
>
> **FAIRNESS**
>
> Play by the rules. Takes turns and share. Be a good listener.

### From a Lakeside Alumnus:

### Children's Cancer Research

Thank you to everyone who donated Pediatric Cancer Research. With your help we raised $250 for Alex's Lemonade Stand Foundation    alexslemonade.org.

Thank you for your help,
Parker Johsens

> **Summer Watering**
> The school garden needs watering and tending this summer. If you can help one week or once in a while, please let me know.
>      *Kathy Olavarri*

> **GIVE TO EVERY HUMAN BEING EVERY RIGHT THAT YOU CLAIM FOR YOURSELF.**
> — **Thomas Paine**

### Community Announcements

**Janice Compton needs a child's car seat for a three year old for one month (July 9-Aug 7). She is happy to borrow, rent, or could even buy it. 395-5964**

## OUR DOG FRIEND

Girl Scout Troop # 133 is excited! They adopted the well-being of a canine friend at the Auction and Family Fun Day and were fund-raising for his care. But, when Los Gatos Dog and Cat Hospital got wind of their efforts, the hospital agreed to treat him for FREE. He went through his first medical treatments yesterday. They are planning on going through with heartworm treatment and will treat his skin, too. Hooray for community involvement.

## VOLUNTEER OF YEAR

Today, our Board of Trustees presented Shirley Julian with the Volunteer of the Year Award for her long-standing and dedicated service. Every year it is a challenge to choose only one volunteer from our wonderful pool of giving parents.

