Mark S. Williams, SBN 127357
mwilliams@fagenfriedman.com
Gretchen M. Shipley, SBN 208768
gshipley@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for
Defendant Lakeside Joint School District

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ISAIAH JOSEPH WINTERS (A MINOR CHILD), BY PHILIPPE & ELISE STASSART, LEGAL GUARDIANS, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAKESIDE JOINT SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. C08 01511 JF<br><br>**RE-NOTICE OF LAKESIDE JOINT SCHOOL DISTRICT'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>Date: August 15, 2008<br>Time: 9:00 a.m.<br>Crtrm.: 3, 5th Floor<br>Judge: Honorable Jeremy Fogel |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE RE-NOTICE** that on August 15, 2008, at 9:00 a.m. in Courtroom 3, before Judge Jeremy Fogel, of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, Defendant Lakeside Joint School District will move this Court for an Order granting Defendant's Motion to Dismiss Plaintiffs' Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim.

This Motion is made upon the grounds that that the Court lacks subject matter jurisdiction due to Plaintiffs lack of capacity to bring the instant action. Plaintiffs lack capacity because they have not been appointed as guardian *ad litem* and

1  Student is not represented by counsel.  The Court further lacks jurisdiction because
2  Plaintiffs failed to exhaust their administrative remedies under the Uniform
3  Complaint Procedure.  Finally, Plaintiffs' Complaint fails to state a claim for which
4  relief can be granted because they do not allege any violation of a civil right.
5  Specifically, they do not allege that Student has been deprived of an education.
6  Mere inconvenience in location of the education is not a Constitutionally protected
7  right.
8      This Motion is based upon this Re-Notice of Motion; the Memorandum of
9  Points and Authorities; Declaration of Mark Williams; the pleadings and records
10 relating to this action; and such other and further written and oral evidence as may
11 be presented in connection with the hearing on this Motion, which was previously
12 filed on April 24, 2008.

DATED: June 10, 2008

FAGEN FRIEDMAN & FULFROST, LLP

By: _____
Mark S. Williams
Attorneys for
Defendant Lakeside Joint School District

00305.00103/79714.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211