Mark S. Williams, SBN 127357
mwilliams@fagenfriedman.com
Gretchen M. Shipley, SBN 208768
gshipley@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for
Defendant Lakeside Joint School District

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ISAIAH JOSEPH WINTERS (A MINOR CHILD), BY PHILIPPE & ELISE STASSART, LEGAL GUARDIANS, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAKESIDE JOINT SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. C08 01511 JF<br><br>**DEFENDANT LAKESIDE JOINT SCHOOL DISTRICT'S RESPONSE TO PLAINTIFFS' MOTION TO SHORTEN TIME**<br><br>Date: August 15, 2008<br>Time: 9:00 a.m.<br>Crtrm.: 3, 5th Floor<br>Judge: Honorable Jeremy Fogel |

Defendant Lakeside Joint School District ("District") hereby submits this response ("Response") to the "Motion to Shorten Time" filed by Philippe and Elise Stassart ("Guardians"), along with their minor child ("Student") (collectively "Plaintiffs"). Based on the information contained herein, the District respectfully requests that the Court order the case to proceed as scheduled.

Plaintiffs filed a complaint in this matter on March 19, 2008. On April 24, 2008, the District filed a Motion to Dismiss Plaintiffs' Complaint. On May 20, 2008, this matter was reassigned to the Honorable Jeremy Fogel.

On May 20, 2008, Plaintiffs filed a "Motion to Shorten Time." Plaintiffs cite no legal authority in support, nor do they specify which event or deadline they are seeking to accelerate. Plaintiffs generally state that they "move to shorten time for this case to be heard." No trial date has been set for this matter and, a hearing regarding the District's Motion to Dismiss is scheduled for August 15, 2008. Until the District's Motion to Dismiss is heard and a trial date has been set, Plaintiffs' "Motion" is premature. Therefore, the District is unsure when, or if, it should file an opposition. Nevertheless, the District does oppose any such motion to shorten time for this case.

Given the lack of clarity in Plaintiffs' "Motion" and the fact that no trial date has been set, the District would appreciate any guidance that the Court can provide on the manner in which to respond.

DATED: June 10, 2008

FAGEN FRIEDMAN & FULFROST, LLP

By: _____
Mark S. Williams
Attorneys for
Defendant Lakeside Joint School District

00305.00103/79335.1

2

C08 01511 JF
Defendant Lakeside Joint School District's\
Opposition To Plaintiff's Motion To Re-Assign Case To District Judge And Shorten Time