Mark S. Williams, SBN 127357
mwilliams@fagenfriedman.com
Gretchen M. Shipley, SBN 208768
gshipley@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for
Defendant Lakeside Joint School District

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

ISAIAH JOSEPH WINTERS (A MINOR CHILD), BY PHILIPPE & ELISE STASSART, LEGAL GUARDIANS, ET AL.,

Plaintiffs,

vs.

LAKESIDE JOINT SCHOOL DISTRICT,

Defendant.

CASE NO. C08-01511 (JF)

**DEFENDANT LAKESIDE JOINT SCHOOL DISTRICT'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Date: August 15, 2008
Time: 9:00 a.m.
Courtroom: 3, 5th Floor
Judge; Honorable Jeremy Fogel

Defendant Lakeside Joint School District ("District") hereby responds to Plaintiffs' Motion for Summary Judgment filed by Philippe and Elise Stassart ("Guardians"), along with minor child ("Student") (collectively "Plaintiffs"). The so-called Motion for Summary Judgment fails to comply with any procedural requirements, does not include any arguments in support, or reference any supporting authority. As such, the Motion for Summary Judgment should be denied by the Court.

Pursuant to Local Rules 56-1 and 7-2, a motion for summary judgment must include (1) a motion, (2) a proposed order, and (3) affidavits or declarations to support the factual contentions contained in the motion. Local Rule 7-4 states that

the motion must include "a succinct statement of the relevant facts and argument by the party, citing pertinent authorities." This supports the general rule that a party seeking summary judgment always bears the responsibility of informing the district court and the opposing party of the specific grounds for its motion. *Katz v. Children's Hosp. of Orange County* (9th Cir. 1994) 28 F.3d 1520 1534. Although Plaintiffs filed a "motion," they did not include the requisite points and authorities in support of their motion, nor did they provide a statement of facts, any argument, or legal authority. Moreover, Plaintiffs did not file a proposed order or any affidavits or declarations in support of the Motion. As such, the District is unable to ascertain the specific basis for Plaintiffs' Motion and therefore, cannot provide a substantive response.

What Plaintiffs *did* include in support of the Motion for Summary Judgment was a reference to Local Rule 9 c (1), which does not exist, and references to other improper motions previously brought by Plaintiffs. Plaintiffs state that the grounds for the Motion for Summary Judgment are set forth in (1) Plaintiff's Memorandum of Points and Authorities; (2) Addendum to Memorandum in Opposition to Defendants Motion to Dismiss ("Addendum to Opposition"); and (3) Plaintiff's Reply to Defendant's Reply to Opposition to Motion to Dismiss ("Reply to Reply").

The Local Rules state that a motion for summary judgment must include legal argument and do not a permit a party to simply incorporate by reference other pleadings as grounds for summary judgment. (Local Rule 7-4.) Even if it were permissible, the motions referenced by Plaintiffs were untimely and improperly included new facts and arguments.

The first document relied on by Plaintiffs is a Memorandum of Points and Authorities. The District believes this is a reference to the Points and Authorities filed by Plaintiffs in support of an Opposition to the District's Motion to Dismiss because the Plaintiffs did not file points and authorities with their Motion for Summary Judgment. As set forth in the District's Reply to the Opposition to the

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

Motion to Dismiss, the Court should disregard the Points and Authorities because it includes new arguments and facts outside of the Complaint or Motion to Dismiss. *See, Arpin v. Santa Clara Valley Transportation Agency* (9th Cir. 2001) 261 F3d 912, 925; *Schneider v. California Dept. of Corrections* (9th Cir. 1998) 151 F3d 1994, 1197; and *Pickern v. Pier 1 Imports (U.S.), Inc.*, 457 F.3d 963, 968-969 (9th Cir. 2006).

Additionally, as previously noted by the District, Plaintiffs' Addendum to Opposition and Reply to Reply were untimely filed and improperly contain new facts, new arguments, and hearsay. Per Local Rule 7-3(d), motions cannot be filed after a Reply is filed without Court approval. These motions were both filed after the District's Reply, yet Plaintiffs did not obtain Court approval. Consequently, they should be disregarded by the Court and should not be considered as supporting authority for Plaintiffs' Motion for Summary Judgment. *See, Hamilton,* 2007 WL 2558615 at p. 11, *citing, Corson and Gruman Co. v. N.L.R.B.,* 899 F.2d 47, 50 (D.C.Cir. 1990); *Arpin v. Santa Clara Valley Transportation Agency*, *supra*, at 925; *Schneider v. California Dept. of Corrections*, *supra*, at 1197; and *Pickern v. Pier 1 Imports (U.S.), Inc.*, *supra*, at 968-969.

As noted above, the Local Rules specifically require that a motion for summary judgment include facts and supporting argument to inform the Court and opposing party of the grounds for the motion. Plaintiffs' Motion for Summary Judgment includes neither. The Court should not rely on Plaintiffs' cross-reference to separately filed motions for support, especially the two motions which were improperly filed without leave of Court.

For these reasons, the Lakeside Joint School District respectfully requests that the Court deny Plaintiffs' Motion for Summary Judgment.

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

DATED: June 1l, 2008

FAGEN FRIEDMAN & FULFROST, LLP

By: [signature]
Mark S. Williams
Gretchen M. Shipley
Attorneys for
Defendant Lakeside Joint School District

00305.00103/83208.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211