# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Alameda, State of California. My business address is 70 Washington Street, Suite 205, Oakland, California 94607.

On July 1, 2008, I served the following document(s) described as **JOINT CASE MANAGEMENT STATEMENT** and **JOINT RULE 26(F) REPORT** on the interested parties in this action as follows:

**Philippe and Elise Stassart**
**21951 Bear Creek Way**
**Los Gatos, CA 95033**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Fagen Friedman & Fulfrost's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 1, 2008, at Oakland, California.

_Kathaleene A. Jenkins_

00305.00103/85318.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211