UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISAIAH WINTERS,<br>        Plaintiff,<br>V.<br>LAKESIDE JOINT SCHOOL DISTRICT,<br>        Defendant. | Case Number CV-08-1511-JF<br><br>Case Management Conference<br><br>August 15, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on July 11, 2008 is continued to August 15, 2008 at 9:00 a.m., to be heard with the motions, before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

July 8, 2008                                For the Court
                                            Richard W. Wieking, Clerk


                                            By:  /s/
                                            Diana Munz
                                            Courtroom Deputy Clerk