```
ELISE STASSART, PRO SE
21951 BEAR CREEK WAY
LOS GATOS, CA 95033

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CA


ISAIAH W. S. , A MINOR CHILD, BY         ) Case No.: C08 01511 (JF)
                                         )
PHILIPPE & ELISE STASSART,               ) PLAINTIFF'S MEMORANDUM OF CASE STATUS
                                         )
LEGAL GUARDIANS                          ) Date:  August 15, 2008
                                         )
ET AL                                    ) Time:  9:00 am
                                         )
21951 BEAR CREEK WAY                     ) Place: 3, 5th Floor
                                         )
LOS GATOS, CA 95033                      ) District Judge Jeremy Fogel

PLANTIFFS

Vs.

LAKESIDE JOINT SCHOOL DISTRICT

19621 BLACK ROAD

LOS GATOS, CA 95033

DEFENDANT
```

## *MEMORANDUM OF CASE STATUS*

Plaintiffs Philippe and Elise Stassart, along with minor child, file this Memorandum of Case Status to advise the Court of the current status of Student.

The parents of the student requested Rolling Hills Middle School put an IEP in place prior to the start of the 2008-2009 school year in order to allow their child to access an education. Rolling Hills Middle School refused to comply with this most reasonable request. A complaint was duly filed with the LEA, Lakeside Joint School District under the Uniform Complaint Procedure. The LEA refused to hear the complaint, claiming that it was "time-barred".

By the end of this school year at Rolling Hills Middle School, Isaiah's anxiety and depression had risen to a level where he was a danger to others. Isaiah's therapist recommended that his

parents consult with a pediatric psychiatrist and consider putting Isaiah under psychiatric medication. Isaiah had never required any psychiatric medication prior to attending Rolling Hills Middle School.

Isaiah's parents are currently working with a pediatric psychiatrist to determine which medication, if any, should be used with Isaiah.

Isaiah attended summer school at Fisher Middle School in Los Gatos. His parents noted an immediate change in Isaiah's emotional health. His anxiety level went down and he is markedly less depressed. His parents continue to reassure him that he will not be returned to Rolling Hills Middle School to keep his anxiety level down.

In accordance with 34 CFR 300.148, Rolling Hills Middle School and the LEA have been advised that Isaiah will not be re-enrolled at Rolling Hills Middle School. A request for due process hearing for private education at public expense has been filed with the Office of Administrative Hearing, Special Education Division.

The California Department of Education has agreed to open two separate investigations on Lakeside Joint School District at this time: One investigation for misappropriation of Title I funds and one for failure to adhere to the Child Find and NCLB Mandates.

Plaintiffs have been informed by CDE that the CDE does not have jurisdiction to determine whether or not Lakeside's policy of transporting students to a non-adjacent school district constitutes a denial of equal opportunity or equal access to education. The CDE has advised them that District Court is the best venue for that determination.

The student currently has no educational placement for Fall 2008.  The parents will not return him to Rolling Hills Middle School as that placement is clearly detrimental to his mental health.

*PLAINTIFF*

*By*_____

ELISE STASSART, PRO SE

21951 BEAR CREEK WAY

LOS GATOS, CA 95033

Dated this      July 14, 2008