## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, August 15, 2008
**Case Number:** CV-08-1511-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | ISAIAH WINTERS, ET AL  V.  LAKESIDE JOINT SCHOOL DISTRICT |
|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Elise Stassart, Pro se | Attorneys Present: Mark Williams |

---

PROCEEDINGS:

Hearing on Motion to Dismiss and Motion for Summary Judgment held. Parties are present. The motions are taken under submission. The case management conference is not held.