1  ELISE STASSART, PRO SE
   21951 BEAR CREEK WAY
2  LOS GATOS, CA 95033

3

   IN THE UNITED STATES DISTRICT COURT
4
   FOR THE NORTHERN DISTRICT OF CA
5

6
   PHILIPPE & ELISE STASSART                )Case No.: C08 01511 (JF)
7                                            )
              Plaintiffs,                    )
8                                            )
       vs.                                   )PLAINTIFF'S REQUEST FOR HEARING ON AMENDED
9                                            )
   LAKESIDE JOINT ELEMENTARY SCHOOL DISTRICT,)COMPLAINT
10                                           )
              Defendant                      )
11                                           )

12

13   **Comes now the Plaintiffs, Philippe and Elise Stassart, asking the Court to please**

14   **set a date on the calendar for a hearing on the amended complaint filed on August**

15   **25, 2008.**

16

17   **There are currently two motions before the court:  Defendant's Motion for Dismissal**

18   **and Plaintiff's Motion for Summary Judgment.  Defendant's Motion for Dismissal**

19   **should be denied as it is no longer relevant to the amended complaint.  Plaintiff's**

20   **Motion for Summary Judgment can be set aside or denied as Defendant requires an**

21   **opportunity to respond to the amended complaint and Plaintiffs may be required to**

22   **produce further evidence to support their amended complaint.**

23

24   **The Court Clerk has advised Plaintiff that the two motions need to be addressed**

25   **before the amended complaint can be placed on the Court's calendar.**

26

27   **Therefore, Plaintiffs ask Court to submit an order regarding the motions before the**

28   **bench and set a hearing date for the amended complaint.**

                              REQUEST FOR HEARING- 1

Dated this September 2, 2008

_____
Elise Stassart, Pro Se
21951 Bear Creek Way
Los Gatos, CA 95033

I am one of the plaintiffs in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters, which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_September 2, 2008_____

Date

_____

Signature

REQUEST FOR HEARING- 2