|   |   |
|---|---|
| 1 |   |
| 2 | **E-Filed 11/17/08** |
| 3 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ISAIAH JOSEPH WINTERS (A MINOR CHILD), BY PHILIPPE & ELISE STASSART, LEGAL GUARDIANS, ET AL., | Case Number C 08-1511 JF (PVT) |
|---|---|
| Plaintiffs, | JUDGMENT |
| v. |   |
| LAKESIDE JOINT SCHOOL DISTRICT |   |
| Defendant. |   |

Defendant's motion to dismiss without leave to amend having been granted, IT IS HEREBY ORDERED that judgment is entered for Defendant. The Clerk of the Court shall close the file.

DATED: November 17, 2008

_____
JEREMY FOGEL
United States District Court

Case No. C 08-1511 JF (PVT)
JUDGMENT
(JFLC1)

1  This Order has been served upon the following persons:
   Elise Stassart    elise_moss@yahoo.com
2
   Gretchen Shipley    gshipley@fagenfriedman.com, dmoreno@fagenfriedman.com,
3  kjenkins@fagenfriedman.com, mwilliams@fagenfriedman.com

4  Mark Steven Williams    mwilliams@fagenfriedman.com, kjenkins@fagenfriedman.com

5  Elise Stassart
   21951 Bear Creek Way
6  Los Gatos, CA 95033

7  Phillippe Stassart
   21951 Bear Creek Way
8  Los Gatos, CA 95033

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 08-1511 JF (PVT)
JUDGMENT
(JFLC1)